UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

James T. Muse,

Plaintiff,

vs. ORDER

Polaris Industries, Inc.,

Defendant. Civ. No. 00-1024 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of April, 2002.

* * *

On February 1, 2002, an Order was issued setting the above-entitled matter on for a Settlement Conference for 11:00 a.m., April 9, 2002, in Fergus Falls, Minnesota. Given the absence of a Plaintiff, settlement is not presently possible. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

FILED APR 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

ORDERED:

That the Settlement Conference set for Tuesday, April 9, 2002, at 11:00 a.m., in Fergus Falls, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE