**UNITED STATES DISTRICT COURT**
**FIFTH DIVISION**

James T. Muse,

Plaintiff,

vs.

Polaris Manufacturing Company and Mid-State Power,

Defendants.

Court File No.: 00-1024 JMR/RLE

**STIPULATION TO BRING IN THIRD-PARTY and ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by the parties through their respective undersigned attorneys, that Defendant Mid-State Power may bring in Transport Corporation of America, Inc., as a Third-Party Defendant.

Dated: 9-5-00

TRENTI LAW FIRM

By____________________
CARVER RICHARDS #
Attorneys for Plaintiff
225 First Street North, Suite 10000
Virginia, Minnesota 55792
Telephone: (218) 749-1962

Dated: ________________

BRAUD, WESTENSEE & VANDERGINST, LTD

By____________________
JAMES M. ROCHE #
Attorneys for Plaintiff
300 South County Farm Road, Suite 2G
Wheaton, IL 60187
Telephone: (630) 871-9003

FILED SEP 0 7 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 8/17/00

BOWMAN AND BROOKE

By: ______________________
KEVIN P. CURRY # 0285067
Attorney for Defendant Polaris Manufacturing Co.
150 South Fifth Street, Suite 2600
Minneapolis, Minnesota 55402-4244
Telephone: (612) 339-8682

Dated: 8/28/00

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

By: ______________________
BARBARA A. BURKE #13122
JO ANN STRAUSS #241234
Attorneys for Defendant Mid-State Power
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

590163

Based upon the foregoing Stipulation --

IT IS SO ORDERED.

BY THE COURT:

______________________
Raymond L. Erickson
United States Magistrate Judge

Dated: 9/7/00