**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

James T. Muse,

Plaintiff,

vs.

Polaris Industries Inc., and
Mid-State Power,

Defendants
,

and

Mid-State Power,

Defendant and
Third-Party Plaintiff,

vs.

Transport Corporation of America,
Inc.,

Third-Party Defendant.

Civ. No. 00-1024- JMR/RLE

**ORDER**

---

Based on the papers and stipulations submitted, the Court orders that Defendant and Polaris Industries Inc. may bring a third-party claim against Transport Corporation of America, Inc.

BY THE COURT:

Dated: 10/16, 2000.

By Raymond L. Erickson
Magistrate Judge Raymond L. Erickson

::ODMA\PCDOCS\

FILED OCT 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK