UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1024 (JMR/RLE)

| | | |
|---|---|---|
| James Muse | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Polaris Industries, Inc., et al. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: ~~April~~ May 7, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

MAY 2002